# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Cyril Pereira, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (the "ATF"). I am empowered to investigate and make arrests for the offenses set forth in 18 U.S.C. § 2516. As such, I am an "Investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7).

2. I previously worked as a Customs and Border Protection Officer assigned to the Tactical Terrorism Response Team at John F. Kennedy International Airport from 2011 to 2018. My duties included, but were not limited to, coordinating efforts with the Joint Terrorism Task Force to conduct interviews of terror suspects, and known members of the Terrorist Watchlist as they traveled internationally.

3. I am currently assigned to the ATF Puerto Rico Group II Field Office in the Miami Field Division and have been so employed since October 2018. As a Special Agent with the ATF, I conduct criminal investigations concerning the alleged violations of Federal laws and violent crimes. In this capacity, I have been involved in the investigations of multiple cases. Through training, investigations, and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms. I am familiar and have participated in various methods of investigations, including, but not limited to: electronic surveillance, physical surveillance, interviewing and general questioning of witnesses, use of confidential informants, use of cooperating witnesses,

and use of toll records and subscribers information. I possess a bachelor's degree in Criminal justice and a master's degree in Public Administration.

4. The details and information stated herein are based on my training, experience, and personal knowledge and compilation of facts and events investigated by me and other Law Enforcement Officers who investigated and confirmed their veracity or oversaw their development. I have drafted this affidavit for the limited purpose of establishing probable cause that Miguel CRESPO-GUTIERREZ violated Title 18, United States Code, Section 922(o) (possession of a machine gun). Therefore, I have not included all the facts of this investigation.

## FACTS SUPPORTING PROBABLE CAUSE

5. In the morning of October 11, 2025, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) consulted a case with Agents from the Puerto Rico Police Department (PRPD) Narcotics Unit from Fajardo, Puerto Rico.

6. According to the PRPD, in the early morning hours of October 11, 2025, PRPD was performing a joint operation with the Puerto Rico Department of Treasury (Hacienda) and the Puerto Rico Gaming Commission to check for compliance of regulations regarding the operations of business in the area of Rio Grande. While at a complex containing multiple businesses, on the marginal road of route 3, Rio Grande, PR, the PRPD Officers in plain clothes provided Hacienda and the Gaming Commission with perimeter security as they entered the businesses to conduct their inspections. At approximately 12:50 am, as the inspectors entered the various businesses, the PRPD Officers observed an individual, later identified as **Miguel CRESPO-GUTIÉRREZ**, running out of one of the businesses and toward them while holding what, based on their training and experience, appeared to be a firearm in his right hand.

7. The officers took cover behind a parked vehicle and, as CRESPO-GUTIÉRREZ approached, they identified themselves as police officers and attempted to stop him. CRESPO-GUTIÉRREZ collided with the officers and, at that point, CRESPO-GUTIERREZ recognized one of them, addressing him by his last name. Officers then observed CRESPO-GUTIERREZ throw the firearm he was holding and drop a fanny pack on the ground. CRESPO-GUTIERREZ then attempted to flee on foot while the PRPD Officers gave chase. After approximately one (1) minute, the PRPD Officers were able to apprehend CRESPO-GUTIERREZ.

8. PRPD Officers were able to recover the pistol that they observed CRESPO-GUTIERREZ throw. The pistol was identified as a Glock, Model 17C, bearing serial number WFG064, loaded with seventeen (17) rounds of 9mm ammunition, and equipped with a suspected machinegun conversion device (MCD). The MCD is a selector switch that is readily noticeable to anyone handling the pistol as depicted in the image below. Based on my training an experience, the only purpose of this type of selector switches is to convert a semi-automatic Glock pistol into a machinegun. While it bears a counterfeit Glock logo, it is an aftermarket modification that is not manufactured by Glock.



9. PRPD Officers then searched the fanny pack which they observed CRESPO-GUTIERREZ dropping on the ground before the pursuit, and discovered it contained two (2) high-capacity magazines, sixty-six (66) rounds of 9mm ammunition and one marijuana cigarette.

10. CRESPO-GUTIERREZ was placed under arrest and transported to the PRPD Narcotics Office located in Fajardo, PR.  According to the PRPD, after CRESPO-GUTIERREZ was placed under arrest, he told the PRPD Officer, who he recognized, that it is a good thing he recognized the Officer, otherwise he would have shot the Officer.  The PRPD Officer explained that he has previously arrested CRESPO-GUTIERREZ on multiple occasions.

11. At approximately 3:09 p.m., ATF Taskforce Officers (TFOs) conducted a preliminary function test of the Glock, Model 17C Pistol that CRESPO-GUTIERREZ had tossed and the test indicated that this pistol may be capable of firing more than one round of ammunition by

the single function of a trigger. A formal determination will be made by the ATF Lab regarding the functionality of this firearm as a machinegun.

## **CONCLUSION**

12. Based on the above facts, I respectfully submit there is probable cause to believe that Miguel CRESPO-GUTIERREZ violated, Title 18, United States Code, Section 922(o) (possession of a machine gun).

I declare that the aforementioned is true and correct to the best of my knowledge.

RESPECTFULLY SUBMITTED.

CYRIL PEREIRA
Digitally signed by CYRIL PEREIRA
Date: 2025.10.11 18:23:57 -04'00'

Cyril Pereira
Special Agent, ATF

Sworn and subscribed pursuant to Fed. R. Crim. P. 4.1 at 8:08 p.m., this 11th day of October, 2025

Giselle López-Soler
Digitally signed by Hon. Giselle López-Soler
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO